UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ASSANE NDOYE**                                                                              **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO: 2:20-cv-02822-TLP-tmp**

**FEDERAL EXPRESS**
**CORPORATION, aka,**
**FEDEX CORPORATION, aka**
**FEDEX EXPRESS**                                                                           **DEFENDANT**

## MOTION TO WITHDRAW

COMES NOW, the undersigned counsel, and moves this Court for an Order permitting Tressa V. Johnson and Kristy L. Bennett, along with their firm, Johnson & Bennett, PLLC, to withdraw as counsel for Plaintiff Assane Ndoye in the above captioned action.  In support of this Motion, the undersigned represents that the Plaintiff and the undersigned counsel and firm have irreconcilable differences which warrant the firm's withdrawal as counsel for the Plaintiff.  Plaintiff is in agreement with this motion.  Due to the nature of the Motion, Counsel represents that a supporting memorandum of law is not necessary.  Plaintiff should be allowed 30 days to find new counsel or notify the Court of his intent to proceed *pro se*.

**WHEREFORE,** the undersigned respectfully requests that Tressa V. Johnson, Kristy L. Bennett and the law firm of Johnson and Bennett, PLLC, be permitted to withdraw as Plaintiff's counsel in the captioned matter.

Respectfully submitted,

JOHNSON AND BENNETT, PLLC

/s/ Kristy L. Bennett
Kristy L. Bennett BPR #99525

        Tressa V. Johnson BPR #104892
        JOHNSON AND BENNETT, PLLC
        1331 Union Avenue, Suite 1226
        Memphis, TN 38104
        (901) 402-6830 (direct)
        (901) 462-8629 (fax)
        kristy@myjbfirm.com

## **CERTIFICATE OF CONSULTATION**

I, Kristy L. Bennett, certify on the 15th of July, 2021, that this firm conferred with counsel for the Defendant, Brian K. Coleman, about the filing of this motion and he expressed no opposition to same. Mr. Ndoye has also consented to the withdrawal of counsel.

        s/Kristy L. Bennett
        Kristy L. Bennett

## **CERTIFICATE OF SERVICE**

I, Kristy L. Bennett do hereby certify that I have this day served via ECF filing a true and correct copy of the above and foregoing document to the following counsel of record:

Brian K. Coleman
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
**Attorney for the Defendant**

I, Kristy L. Bennett, further certify that July 15, 2021, I sent the foregoing document by U.S. Mail, first-class postage prepaid, and on July 14, 2021 by electronic mail to the following non-CM/ECF participant, addressed as follows:

Assane Ndoye
PO Box 3593
Cordova, Tennessee 38018

THIS the 16th day of July, 2021.

/s/ Kristy L. Bennett
Kristy L. Bennett