UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ASSANE NDOYE**                                                     **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO: 2:20-cv-02822-TLP-tmp**

**FEDERAL EXPRESS**
**CORPORATION, aka,**
**FEDEX CORPORATION, aka**
**FEDEX EXPRESS**                                            **DEFENDANT**

## NOTICE OF SETTLEMENT

      Pursuant to Local Rule 83.13, all parties to this civil action hereby notify the Court that all of the claims of the Complaint have been resolved. As such, the Parties are in the process of finalizing settlement of this matter and will submit an Order of Dismissal with Prejudice for the Court's consideration upon their finalization of the necessary documents.

      THIS the 24th of August, 2021.

                                                                            Respectfully submitted,
                                                                            Assane Ndoye, Plaintiff

                                                                            BY: */s/ **Kristy L. Bennett***
                                                                            Kristy L. Bennett BPR #30016
                                                                            Tressa V. Johnson BPR #26401
                                                                            JOHNSON AND BENNETT, PLLC
                                                                            1331 Union Avenue, Suite 1226
                                                                            Memphis, TN 38104
                                                                            (901) 402-6515 (direct)
                                                                            (901) 462-8629 (fax)
                                                                            tressa@myjbfirm.com
                                                                            kristy@myjbfirm.com

## **CERTIFICATE OF SERVICE**

      I, Kristy L. Bennett, one of the attorneys for the Plaintiff, do hereby certify that I have this day served via ECF filing or by electronic mail, a true and correct copy of the above and foregoing document to the following counsel of record:

Brian K. Coleman
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
**Attorney for the Defendant**

THIS the 24th of August, 2021.

                                                            s/ Kristy L. Bennett
                                                            Kristy L. Bennett